# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   25–33038–KLP
**Chapter**   7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Shoosmith Bros., Inc.
P.O. Box 2770
Chesterfield, VA 23832

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s).,(if any):
Debtor: NA

Employer Tax–Identification (EIN) No(s).(if any):
Debtor:  54–6036914

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

Date: **November 21, 2025**

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self–addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.uscourts.gov) to view your filed proof of claim.

Effective November 1, 2022, the Court's Electronic Proof of Claim (ePOC) application may be used by a claimant or claimant's agent to file a Proof of Claim electronically via the Court's internet web home page, www.vaeb.uscourts.gov. No ECF registrant login or password is required to file a proof of claim in this manner.

There is no fee for filing the proof of claim

**Any creditor who already has filed a proof of claim need not file another proof of claim.**

DATED: August 21, 2025                          For the Court,

Address of the Bankruptcy Court                 Charri S Stewart, Clerk
701 East Broad Street                           United States Bankruptcy Court
Richmond, VA 23219

[B2040vaebOct2022.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re:

Shoosmith Bros., Inc.

     Debtor

Case No. 25-33038-KLP

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0422-7 | User: RenierJes | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 21, 2025 | Form ID: 2040 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shoosmith Bros., Inc., P.O. Box 2770, Chesterfield, VA 23832-9116 |
| 16793913 | + | Engineering Design & Development, Inc., 6411 Rigsby Road, Richmond, VA 23226-2916 |
| 16796924 | + | Troutman Pepper Locke LLP, Attn: Jonathan Young, 401 9th Street, NW, Washington, DC 20004-2128 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | Email/Text: lynn.tavenner@txitrustee.com | Aug 22 2025 01:23:00 | Lynn L. Tavenner, 20 North Eighth Street, Second Floor, Richmond, VA 23219 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Engineering Design & Development, Inc. |
| cr | | Evergreen National Indemnity Company |
| cr | | Stearns, Conrad and Schmidt, Consulting Engineers, |
| aty | *P++ | LYNN L TAVENNER, 20 NORTH EIGHTH STREET SECOND FLOOR, RICHMOND VA 23219-3302, address filed with court:, Lynn L. Tavenner, 20 North Eighth Street, Second Floor, Richmond, VA 23219 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2025            Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed**

District/off: 0422-7      User: RenierJes      Page 2 of 2

Date Rcvd: Aug 21, 2025      Form ID: 2040      Total Noticed: 4

**below:**

| Name | Email Address |
|---|---|
| James D Kepley, Jr | on behalf of Creditor Engineering Design & Development  Inc. jkepley@kbtrvalaw.com |
| Kathryn R. Montgomery | on behalf of U.S. Trustee Matthew W. Cheney Kathryn.Montgomery@usdoj.gov Shannon.pecoraro@usdoj.gov;shannon.m.tingle@usdoj.gov;Britni.C.Bowles@usdoj.gov;Michael.F.McMahon@usdoj.gov |
| Lynn L. Tavenner | on behalf of Trustee Lynn L. Tavenner LTavenner@TB-Lawfirm.com  amorris@tb-lawfirm.com;ecf.alert+Tavenner@titlexi.com |
| Lynn L. Tavenner | LTavenner@TB-Lawfirm.com  amorris@tb-lawfirm.com;ecf.alert+Tavenner@titlexi.com |
| Mary Joanne Dowd | on behalf of Creditor Stearns  Conrad and Schmidt, Consulting Engineers, Inc., mary.dowd@afslaw.com, jill.clough@arentfox.com |
| Matthew W. Cheney | USTPRegion04.RH.ECF@usdoj.gov |
| Richard Thomas Pledger | on behalf of Creditor Evergreen National Indemnity Company rpledger@wcslaw.com  bfizer@wcslaw.com |

TOTAL: 7